ACCEPTED
02-14-00401-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
9/4/2015 2:34:47 PM
DEBRA SPISAK
CLERK

*ORAL ARGUMENT REQUESTED*

NO. 02-14-00401-CV

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
9/4/2015 2:34:47 PM
DEBRA SPISAK
Clerk

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS

CIMCO REFRIGERATION, INC.,
Appellant

vs.

BARTUSH-SCHNITZIUS FOODS CO.,
Appellee

On Appeal from the 16th Judicial District, Denton County, Texas
Cause No. 2011-11002-16
The Honorable Sherry Shipman, Presiding

**APPELLEE'S SURREPLY BRIEF**

Kevin J. Allen
Texas Bar No. 00786973
kallen@jonesallen.com
Lindy D. Jones
Texas Bar No. 10925500
ljones@jonesallen.com
Laura L. Worsham
Texas Bar No. 22008050
lworsham@jonesallen.com
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, TX 75243
Telephone (214) 343-7400
Fax (214) 343-7455

ATTORNEYS FOR APPELLEE

1

NO. 02-14-00401-CV

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS

CIMCO REFRIGERATION, INC.,
Appellant

vs.

BARTUSH-SCHNITZIUS FOODS CO.,
Appellee

**APPELLEE'S SURREPLY BRIEF**

COMES NOW BARTUSH-SCHNITZIUS FOODS CO. ("Bartush", "Defendant" or "Appellee") and submits this Surreply pursuant to Rule 1(c) of the Local Rules for the Second Court of Appeals, Fort Worth, Texas and in support of such would show the Court as follows.

Despite a four and one-half day jury trial and a voluminous record, Cimco Refrigeration, Inc. ("Cimco", "Plaintiff", or "Appellant") continues to argue there is no evidence that Cimco was told that Barush required the refrigerated rooms to maintain a temperature of 35° after installation nor was there any evidence that there was an Agreement for 35°. The record is replete with evidence of such agreement

as shown by, among other things, the following handwritten notes made by Cimco's own employee prior to the installation of the system.[1]



In addition to the other evidence cited in Bartush's Appellee's Brief, this handwritten note is evidence of an Agreement to maintain 35° prior to installation, and supports the jury's findings that Cimco breached the Agreement first.

---

[1] Only the relevant portion of Exhibit 1 has been included with emphasis added and inserts supplied.

Although Cimco's President Danny Rose testified as to a higher temperature requirement, the jury, as the finder of fact and the sole judge of credibility of the witnesses, chose not to believe Mr. Rose's testimony, and chose to believe the testimony of the other Cimco employee, Michael Winslow, his notes, and the other evidence adduced at trial.

Amazingly, Cimco still argues the evidence shows that the Cimco equipment did in fact meet the 35° temperature requirement. In making this argument, Cimco ignores over 1,095 days of temperature records which demonstrate the Cimco equipment failed to maintain the required 35°. Such evidence conclusively established that once the Cimco system was installed it could not maintain a temperature of 35°. Exhibit 32 below serves as additional evidence that the Cimco system did in fact not work and shows the extreme frost/ice buildup that prevented the system from working.



4

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellee, BARTUSH-SCHNITZIUS FOODS CO. respectfully prays that this Court affirm the trial court's judgment in its entirety, and for such other and further relief to which Appellee may be justly entitled.

Respectfully submitted,

JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243
(214) 343-7400 (Telephone)
(214) 343-7455 (Facsimile)

By: /s/ Kevin J. Allen
    Kevin J. Allen
    State Bar No. 00786973
    Lindy D. Jones
    Bar No. 10925500
    Laura L. Worsham
    State Bar No. 22008050

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's Surreply Brief has been served upon the following via this Court's ECF electronic noticing system and via certified mail, return receipt requested, this 4th day of September 2015:

Patricia Hair                                    Blake A. Bailey
PHELPS DUNBAR LLP                    PHELPS DUNBAR LLP
500 Dallas Street, Suite 1300           115 Grand Avenue, Suite 222
Houston, TX  77002                         Southlake, TX  76092



   /s/ Kevin J. Allen
       Kevin J. Allen
       Lindy D. Jones




## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes.  Additionally, and in reliance upon the word count function of the work processing software utilized to produce this document, I further certify that this document also complies with the work-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 717 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).

Certified this 4th day of September, 2015.

   /s/ Kevin J. Allen
   Kevin J. Allen
   Lindy D. Jones